**Order entered July 23, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00220-CV

### IN THE INTEREST OF H.M.L., A CHILD

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-55477-2017

## ORDER

Before the Court is appellant's July 19, 2018 motion for judgment nunc pro tunc. We

**DENY** the motion.

/s/     DOUGLAS S. LANG
JUSTICE